ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
William Sanchez, Jr.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00354 LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
|  | ) ADVANCING SENTENCING HEARING |
|  | ) DATE |
| WILLIAM SANCHEZ, JR., | ) |
|  | ) DATE: July 30, 2012 |
| Defendant. | ) TIME: 8:30 a.m. |
|  | ) Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, July 30, 2012, be advanced to Monday, July 9, 2012 at 8:30 a.m. This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                United States Attorney

DATED: June 28, 2012 By:    /s/ Kathleen A. Servatius
                                KATHLEEN A. SERVATIUS
                                Assistant United States Attorney

```
DATED: June 28, 2012 By:          /s/ Kimberly Sanchez
                                  KIMBERLY SANCHEZ
                                  Assistant United States Attorney


DATED: June 28, 2012 By:          /s/ Anthony P. Capozzi
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant
                                  William Sanchez, Jr.
```

## ORDER

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, July 30, 2012, at 8:30 a.m. to Monday, July 9, 2012, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   June 29, 2012                      /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE